█ MORRIS WOLMAN, Respondent, v. ELMER G. FANSLOW et al., Defendants, and MEYER KRUGLIN, Appellant.—█

No opinion. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.